United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GOLDEN VAS PAINTING, et al.,<br><br>          Defendants.<br>_____/ | No. C-10-02923-CW (DMR)<br><br>**NOTICE OF REFERENCE AND ORDER RE MOTION PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiffs' Motion for Default Judgment (Docket No. 19) has been referred to Magistrate Judge Donna M. Ryu for a report and recommendation. Please be advised that the previously-noticed hearing date of January 13, 2011 on the Motion for Default, which was filed before the District Court prior to this referral, is no longer in effect. You are hereby notified that the hearing on the Motion for Default is rescheduled for **February 10, 2011 at 11:00 a.m.**, in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.

Any opposition shall be filed and served no later than **January 13, 2011**. Any reply to the opposition shall be filed and served no later than **January 20, 2011**.

1.      Parties shall comply with the procedures in this order, the Federal Rules of Civil Procedure, and the Northern District of California's Local Rules, General Orders, and General Standing Orders.  Local rules, general orders, general standing orders, and a summary of the general orders' electronic filing requirements (including the procedures for emailing proposed orders to chambers) are available at http://www.cand.uscourts.gov (click "Rules" link on left side).  The parties' failure to comply with any of the rules or orders may be a ground for sanctions.

## LAW AND MOTION PROCEDURES

2.      All filings of documents relating to motions referred to Magistrate Judge Ryu shall list the civil case number and the district court judge's initials followed by the designation "(DMR)."

3.      The Court has found that it is often efficient and beneficial for the parties if counsel appear *in person at hearings*.  For this reason, the Court expects counsel to appear in person, unless they make a prior application showing good cause as to why the Court should permit a telephonic appearance.  Permission for a party to attend by telephone may be granted, in the Court's discretion, upon written request made at least two weeks in advance of the hearing, if the Court determines that good cause exists to excuse personal attendance, and that personal attendance is not needed in order to have an effective hearing.  The facts establishing good cause must be set forth in the request.

## CHAMBERS COPIES AND PROPOSED ORDERS

4.      Under Civil L.R. 5-1(b), parties must lodge an extra paper copy of any filing and mark it as a copy for "Chambers."  Chambers copies shall be printed on three-hole punch paper (including all exhibits) and submitted to the Oakland Clerk's Office in an envelope clearly marked with the case number,"Magistrate Judge Donna M. Ryu," and "Chambers Copy."  In a case subject to electronic filing, chambers copies must be submitted by the close of the next court day following the day the papers are filed electronically.  Any proposed stipulation or proposed order in a case subject to electronic filing shall be submitted by email to dmrpo@cand.uscourts.gov as a word processing format attachment on the same day that the document is e-filed.  This address is to be used only for proposed orders unless otherwise directed by the Court.

2

**Immediately upon receipt of this order, Plaintiffs shall serve a copy of this order on Defendants and file a proof of service with the Court.**

IT IS SO ORDERED.

Dated: December 13, 2010

DONNA M. RYU
United States Magistrate Judge

3