IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOLDEN VAS PAINTING, et al., <br><br> Defendants. | No. C 10-02923 CW <br><br> ORDER RE DEFAULT |

Default having been entered by the Clerk on June 27, 2011 as to Golden Vas Painting, Heleni Maria Tofavaha, and Michael Gene Dearmore, and July 18, 2011 as to Christina Margaret Vasilatos,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for Tuesday, September 13, 2011 is continued to Tuesday, November 22, 2011.

Dated: 7/20/2011

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

cc: Sue