IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GOLDEN VAS PAINTING, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-02923 CW<br><br>ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE |

    Pursuant to Civil Local Rule 72-1, IT IS HEREBY ORDERED that the Plaintiff's Motion for Default Judgment filed in the above-captioned case is referred to Magistrate Judge Ryu to be heard and considered at the convenience of her calendar.  The hearing noticed for Thursday, September 22, 2011 is vacated.  Magistrate Judge Ryu shall prepare findings and recommendation on the motion.

Dated: 8/18/2011

                                         *Claudia Wilken*
                                   CLAUDIA WILKEN
                                   United States District Judge

cc: Sue