**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  BAY AREA PAINTERS AND TAPERS            No. C-10-02923 DMR
    PENSION TRUST FUND, AND ITS JOINT
12  BOARD OF TRUSTEES ET AL,                **ORDER TAKING PLAINTIFFS'
                                            MOTION FOR DEFAULT JUDGMENT
13              Plaintiffs,                  UNDER SUBMISSION WITHOUT
                                            ORAL ARGUMENT**
14      v.

15  GOLDEN VAS PAINTING ET AL,

16              Defendants.
                                        /
17

18      The court has received Plaintiffs' Motion for Default Judgment (Docket No. 72) and request

19  to vacate the October 27, 2011 hearing on the motion (Docket No. 84), and finds that the matter is

20  appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b).  Accordingly,

21  the October 27, 2011 hearing on the motion is hereby VACATED.  The court will issue a written

22  order on the motion.

23

24      IT IS SO ORDERED.

25

26  Dated:  October 19, 2011

27
                                            _____
28                                          DONNA M. RYU
                                            United States Magistrate Judge