United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES ET AL,<br><br>Plaintiffs,<br><br>v.<br><br>GOLDEN VAS PAINTING ET AL,<br><br>Defendants._____/ | No. C-10-02923 DMR<br><br>**ORDER TAKING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |

The court has received Plaintiffs' Motion for Default Judgment (Docket No. 72) and request to vacate the October 27, 2011 hearing on the motion (Docket No. 84), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the October 27, 2011 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

IT IS SO ORDERED.

Dated: October 19, 2011

DONNA M. RYU
United States Magistrate Judge