IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, TRUSTEE LES PROTEAU, TRUSTEE CHARLES DEL MONTE, DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, TRUSTEE DOUG CHRISTOPHER, TRUSTEE JOHN MAGGIORE, DISTRICT COUNCIL 16 NORTHERN CALIFORNIA APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND, AND ITS JOINT BOARD OF TRUSTEES, TRUSTEE MARION BOURBOULIS, and DISTRICT COUNCIL 16 OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,

    Plaintiffs,

 v.

GOLDEN VAS PAINTING, CHRISTINA MARGARET VASILATOS, HELENI MARIA TOFAVAHA, and MICHAEL GENE DEARMORE,

    Defendants.
_____/

No. C 10-2923 CW

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE MOTION FOR DEFAULT JUDGMENT

    The Court has reviewed Magistrate Judge Ryu's Report and Recommendation Re Motion for Default Judgment. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that the motion for default judgment is GRANTED in part and DENIED in part without prejudice as stated in

Magistrate Judge Ryu's Report and Recommendation.  The claims against Christina Margaret Vasilatos and Heleni Maria Tofavaha are dismissed without prejudice.  The Clerk shall enter judgment in accordance with the Report and Recommendation.

Dated:  12/8/2011

CLAUDIA WILKEN
United States District Judge

cc: DMR